IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ELIJAH STANLEY                                                                    PLAINTIFF

       v.                    Civil No. 05-1030

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                           DEFENDANT

## **JUDGMENT**

On this 16th day of June, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Denver Thornton, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $1,750.00 under *28 U.S.C. § 2412*.

    IT IS SO ORDERED.

                                  /s/ Bobby E. Shepherd
                                HONORABLE BOBBY E. SHEPHERD
                                UNITED STATES MAGISTRATE JUDGE